FILED
01 NOV 16 AM 10: 57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WALTER WATTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 01-J-1541-S |
| | ) | |
| STEVE McBRIDE and DAVID JACKSON, | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
NOV 16 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 18, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this _15_ day of _November_, 2001.

_____
INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE

11