IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WALTER WATTS, )
)
    Plaintiff, )
)
v. ) CV 01-J-1541-S
)
STEVE McBRIDE and DAVID JACKSON, )
)
    Defendants. )

## AMENDED MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 18, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). On November 16, 2001, this Court adopted the magistrate judge's recommendation and dismissed the plaintiff's action for failing to state a claim upon which relief may be granted. In its memorandum opinion, the court noted that no objections had been filed by the plaintiff within the time period allotted by the magistrate judge.

It has now come to the Court's attention that plaintiff did timely file objections to the magistrate judge's report and recommendation. As such, this Court's previous memorandum of opinion and dismissal order are due to be withdrawn and this opinion shall be substituted therefore.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, to the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this _3_ day of _December_, 2001.

                                                    INGE P. JOHNSON
                                                  UNITED STATES DISTRICT JUDGE